**00–2304.   State ex rel. Boggs v. Springfield Local School Dist. Bd. of Edn.**
Summit App. No. 16451. Reported at 93 Ohio St.3d 558, 757 N.E.2d 339. On motion for reconsidera-

tion and motion for sanctions for frivolous action. Motions denied.

Cook, J., not participating.